**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

**CRIMINAL ACTION NUMBER: 1:07CR-48-M**

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

**V.**

**DOMINIQUE JAMAAL TODD**                                           **DEFENDANT**

**ORDER**

Due to the exigencies of the Court's docket, the **change of plea hearing** scheduled for July 22, 2008, is **continued** to **July 23, 2008**, at **10:00 AM CDT**, U.S. Courthouse, Bowling Green, Kentucky.

**IT IS SO ORDERED**.

                                                  ENTERED BY ORDER OF COURT
                                                  JOSEPH H. MCKINLEY, JR., JUDGE
                                                  UNITED STATES DISTRICT COURT
                                                  JEFFREY A. APPERSON, CLERK

                                    By:     */s/ Erica A. Skinner*
                                                  Erica A. Skinner, Deputy Clerk

                                                  Date: <u>July 18, 2008</u>

Copies to:     Counsel of record
                     U.S. Marshal
                     U.S. Probation
                     Patricia Barrick